UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID L. JENSEN**,                                                    Case No. 6:13-cv-00419-KI

                         Plaintiff,                                    JUDGMENT

            v.

**COMMISSIONER, SOCIAL SECURITY**,

                         Defendant.

            Richard F. McGinty
            McGinty & Belcher, Attorneys
            P.O. Box 12806
            Salem, OR 97309-0806

                         Attorney for Plaintiff

            S. Amanda Marshall
            United States Attorney
            District of Oregon
            Ronald K. Silver
            Assistant United States Attorney
            1000 S.W. Third Ave., Suite 600
            Portland, OR 97201-2902

Carol A. Hoch
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

      IT IS SO ORDERED.

      DATED this ___3rd___ day of June, 2014.


                     /s/ Garr M. King_____
                     Garr M. King
                     United States District Judge